```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
                       ATLANTA DIVISION
```

TRIDENT HOLDINGS, LLC, et al.,

      Plaintiffs,

                                  CIVIL ACTION NO.

v.                                     1:06-CV-3142-JEC

GREAT WRAPS, INC., et al.,

      Defendants.

## ORDER

The above entitled action is presently before the Court on defendants' Motion for Reconsideration [285].

IT IS HEREBY ORDERED that defendants' Motion for Reconsideration [285] is **DENIED**.

SO ORDERED, this 31st day of AUGUST, 2011.

                                            /s/ Julie E. Carnes
                                            JULIE E. CARNES
                                            CHIEF UNITED STATES DISTRICT JUDGE